UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONALD RICHARD BURNS,

    Petitioner,

-vs-                                        Case No.  8:11-CV-2270-T-30EAJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

**ORDER**

On October 6, 2011, Burns petitioned for the writ of habeas corpus (Dkt. 1). He did not pay the $5.00 filing fee. Nor did he request leave to proceed *in forma pauperis*.

On October 12, 2011, the Court ordered Burns to either submit the $5.00 filing fee or complete and file an affidavit of indigency on or before November 11, 2011 (Dkt. 3). The Clerk sent Burns an affidavit of indigency form with his copy of the October 12, 2011 Order (Id. at 2). Burns was advised that the failure to timely pay the fee or complete and return the affidavit of indigency would result in the dismissal of this action without further notice (Id. at 1-2). Burns has failed to timely respond to the Court's October 12, 2011 Order. The Order was mailed to Burns' address of record, and it has not been returned to the Clerk as undeliverable.

ACCORDINGLY, it is **ORDERED AND ADJUDGED**:

1. This case is dismissed without prejudice to Petitioner filing a new petition, in a new case, with a new case number, and either paying the filing fee or submitting a motion for leave to proceed *in forma pauperis*.

2. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2011.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy to: Petitioner *pro se*